UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

G.M. Sign, Inc.
                                    Plaintiff,

v.                                                    Case No.: 1:10−cv−07854
                                                      Honorable Ruben Castillo

Plasti−Mach Corp., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 4, 2012:

    MINUTE entry before Honorable Ruben Castillo:Status hearing held on 4/4/2012. Plaintiff's motion for leave to file its response in opposition to defendants' motion to dismiss, instanter [29] is denied. Defendants' joint motion to dismiss for insufficiency of service of process pursuant to Fed.R.Civ.P. 12(B)(5) [21] is granted. This case is hereby dismissed without prejudice for the reasons stated in open court. Plaintiff's motion for class certification [12] is denied as moot. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.