```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   G.M. SIGN, INC., Individually  )  Docket No. 10 C 7854
     and as the representative of a )
 4   class of similarly-situated    )
     persons,                       )
 5                                  )
                     Plaintiffs,    )  Chicago, Illinois
 6                                  )  April 4, 2012
                v.                  )  9:53 a.m.
 7                                  )
     PLASTI-MACH CORP. and ROBERT   )
 8   ROSEN,                         )
                                    )
 9                   Defendants.    )

10
                       TRANSCRIPT OF PROCEEDINGS
11                 BEFORE THE HONORABLE RUBEN CASTILLO

12
     APPEARANCES:
13
     For the Plaintiffs:       BOCK & HATCH LLC by
14                             MS. MARGARET E. VINCENT
                               134 North LaSalle Street
15                             Suite 1000
                               Chicago, Illinois  60602
16
     For the Defendants:       THE FISH LAW FIRM PC by
17                             MR. DAVID J. FISH
                               1770 North Park Street
18                             Suite 202
                               Naperville, Illinois  60563
19

20

21

22   Court Reporter:           GAYLE A. McGUIGAN, CSR, RMR, CRR
                               Federal Official Court Reporter
23                             219 South Dearborn, Room 1944
                               Chicago, Illinois 60604
24                             312-435-6047
                               Gayle_McGuigan@ilnd.uscourts.gov
25
```

1       (In open court.)
2           THE CLERK:  10 C 7854, GM Sign versus Plasti-Mach.
3           THE COURT:  Good morning.
4           MR. FISH:  Good morning, your Honor.  David Fish for
5   the defendants.
6           MS. VINCENT:  Good morning, your Honor.  Margaret
7   Vincent on behalf of the plaintiffs.
8           THE COURT:  Okay.  So have you talked about trying to
9   resolve this case?
10          MR. FISH:  We have somewhat informally, Judge.
11          THE COURT:  Uh-hum.  Where have you gotten?
12          MR. FISH:  Not very far -- excuse me, not very far,
13  Judge.
14          THE COURT:  So what you're telling me is the case is
15  not going to settle.
16          MR. FISH:  I don't know that that's the case, Judge.
17      I think, from our perspective, we would like a ruling
18  on our motion to dismiss.
19          THE COURT:  Okay.
20          MR. FISH:  And the defendants yesterday, by the way --
21  or the plaintiff, I'm sorry, Judge, filed a motion for leave to
22  file a response to our motion.
23          THE COURT:  Uh-hum.
24          MR. FISH:  And I think they have it noticed up for
25  next week.

1              THE COURT:  Okay.
2              MR. FISH:  We do object to it.  It's over a month
3    late, Judge.
4              THE COURT:  Okay.
5              MR. FISH:  I think it's -- the case was filed in 2010,
6    late 2010, and I don't think that their position should be
7    heard.
8              THE COURT:  Okay.
9              MR. FISH:  But in any event, Judge, that's kind of
10   where we're at.
11             THE COURT:  Okay.  Do you have a copy of your motion?
12   I haven't seen it.
13             MS. VINCENT:  You know, I have a copy, which I have
14   notes on.  I can get a --
15             THE COURT:  That's fine.
16             MS. VINCENT:  Yeah?  Okay.
17        (Tendered.)
18             MS. VINCENT:  That's the motion for leave to file
19   instanter, and then the response itself, which was the exhibit.
20             THE COURT:  I take it you're covering this case for
21   Mr. Wanca.
22             MS. VINCENT:  Correct.  We work together, our two
23   offices, on cases, so ...
24             THE COURT:  And your office is which office?
25             MS. VINCENT:  I'm with Bock & Hatch.

```
1              MR. FISH:  Judge, from our perspective, the motion --
2              THE COURT:  You don't have to say anything.
3              MR. FISH:  Okay.
4              THE COURT:  Here, I'm going to give this back to you.
5         So explain to me what you're doing in this case.
6         Have you been responsible for this case from the point
7    it was filed?
8              MS. VINCENT:  Myself individually?
9              THE COURT:  Yes.  Individually.
10             MS. VINCENT:  No.
11             THE COURT:  Okay.  Because, look, this is what's going
12   to happen.  It's not going to be a good day for you today.  And
13   I don't want to kill the messenger, but whoever is responsible
14   for this case has totally botched this case up, as far as I'm
15   concerned.
16             Number one, the case is being filed very late under
17   the statute of limitations.
18             Number two, the case wasn't served within the required
19   120-day period, which is the subject of their motion to
20   dismiss.
21             I inherited this case from Judge Hibbler upon his
22   death, and the case was reassigned to me.
23             Before the case was reassigned to me, there was a
24   briefing schedule set whereby your response to this motion to
25   dismiss, which is a mandatory motion to dismiss, once you don't
```

1  file or serve a complaint within 120 days, the rule says the
2  complaint must be dismissed.
3          And I'm very cognizant of the fact what's going to
4  follow is when I grant the motion, which I will in about ten
5  seconds, that dismissal is without prejudice.
6          But when you come back here and try and refile it,
7  they're going to say the statute of limitations is over.
8          MS. VINCENT:  Right.  And that's actually the
9  subject -- well, part of the subject of our response --
10         THE COURT:  That's part of your response.  Okay.
11         But you're standing here -- number one, no one filed
12 the response on March 6th.
13         MS. VINCENT:  Correct.
14         THE COURT:  That was just not done.  That's almost 30
15 days ago.
16         You filed a motion just -- when did you file this
17 motion?
18         MS. VINCENT:  Yesterday.
19         THE COURT:  Yesterday.  That's April 3rd.  More than
20 three weeks after your response was due.
21         It's just what I see as a pattern of this entire case.
22         One, it's filed late on the eve of the statute of
23 limitations.
24         Two, you have 120 days to serve the complaint or come
25 in before Judge Hibbler and ask for an extension.  That wasn't

1  done.

2       Finally, the case is served.

3       You're met with a motion to dismiss. He sets a

4  briefing schedule. You don't meet that motion.

5       So this is the end result:

6       Number one, your request for an extension is denied.

7       Number two, the case is dismissed without prejudice

8  pursuant to Rule 4.

9       MR. FISH: Thank you, Judge.

10      THE COURT: Thank you.

11      MS. VINCENT: Thank you, your Honor.

12   (Proceedings concluded.)

13                    C E R T I F I C A T E

14   I certify that the foregoing is a correct transcript of the

15  record of proceedings in the above-entitled matter.

16

17

    */s/ GAYLE A. McGUIGAN*                    *April 23, 2012*
18  Gayle A. McGuigan, CSR, RMR, CRR                      Date
    Official Court Reporter
19

20

21

22

23

24

25